```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 17521
   MARIO JAMES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER


         Debtor
   SSN XXX-XX-9418


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 07/08/2008 and was not confirmed.

   The case was converted to chapter 7 without confirmation 08/22/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST    PRINCIPAL
                                                               PAID        PAID
------------------------------------------------------------------------------
CHASE AUTO FINANCE         SECURED VEHIC     18773.00          .00         .00
CHASE AUTO FINANCE         UNSECURED            16.29          .00         .00
CHASE MANHATTAN MORTGAGE   CURRENT MORTG         .00           .00         .00
CHASE MANHATTAN MORTGAGE   CURRENT MORTG         .00           .00         .00
CITIFINANCIAL              UNSECURED        NOT FILED          .00         .00
HOUSEHOLD BANK SB NA       UNSECURED        NOT FILED          .00         .00
BANK FIRST                 UNSECURED        NOT FILED          .00         .00
VILLAGE OF BELLWOOD        UNSECURED           250.00          .00         .00
TARGET                     UNSECURED        NOT FILED          .00         .00
USA ONE NATIONAL CREDIT    UNSECURED        NOT FILED          .00         .00
ZENITH ACQUISITION         UNSECURED        NOT FILED          .00         .00
NORTH STAR CAPITAL ACQUI   UNSECURED          2406.25          .00         .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,491.50                   222.72
TOM VAUGHN                 TRUSTEE                                       17.28
DEBTOR REFUND              REFUND                                       240.00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  480.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                222.72
TRUSTEE COMPENSATION                           17.28
DEBTOR REFUND                                 240.00
                       -----------          -----------
TOTALS                    480.00               480.00



              PAGE  1 - CONTINUED ON NEXT PAGE
   CASE NO. 08 B 17521 MARIO JAMES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                                                                 /s/ Tom Vaughn

Dated: 11/20/08                              _____
                                                                   TOM VAUGHN
                                                                   CHAPTER 13 TRUSTEE